# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2019

160492 & (23)(40)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LEAGUE OF WOMEN VOTERS,
MICHIGANDERS FOR FAIR AND
TRANSPARENT ELECTIONS,
HENRY MAYERS, VALERIYA
EPSHTEYN, and BARRY RUBIN,
　　　　　Plaintiffs-Appellants,

v

SECRETARY OF STATE,
　　　　　Defendant-Appellee.

SC: 160492
COA: 350938
Ct of Claims: 19-000084-MM

_____/

　　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented, to the extent that the appellants have appellate standing to raise them, should be reviewed by this Court before consideration by the Court of Appeals. The motion to intervene is DENIED. We DIRECT the Court of Appeals to issue an abbreviated briefing schedule to the parties and to issue a decision no later than Monday, January 27, 2020. Any appeal from that decision must be filed in this Court by 5:00 p.m. on Monday, February 3, 2020.

　　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2019



Clerk

b1218